UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 23-14857 |
| Stacie M Lamprecht ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Deborah L. Thorne | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER GRANTING MOTION TO SELL PROPERTY PURSUANT TO 11 U.S.C. 363(B)

This case coming to be heard on the Debtor's Motion to Sell property pursuant to 11 U.S.C. 362(b), it is hereby ordered that the Motion to Sell is granted as follows:

1. The Debtor is granted permission to sell her home commonly known as 261 Nicole Drive #F South Elgin, IL 60177 ;

2. The Debtor shall be paid the first $15,000 as her homestead exemption;

3. Any proceeds in excess of the Debtor's homestead exemption shall be paid to the Chapter 13 Trustee to be applied to Debtors plan base, however in the event proceeds exceed the Debtors plan base, Debtor may pay off her plan base and retain all remaining proceeds;

4. The Debtor shall provide the Trustee with a complete copy of the closing statement within 14 days of closing;

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  October 30, 2024

**Prepared by:**

Cutler & Associates
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600