**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Stacie M Lamprecht |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number | 23-14857 |

# Official Form 410S1
## Notice of Mortgage Payment Change  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BMO Bank N.A.

**Court claim no.** (if known): 12

**Last 4 digits** of any number you use to identify the debtor's account: 6 3 3 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2024

**New total payment:** $ 1,485.42
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 640.60      New escrow payment: $ 793.17

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

Debtor 1 __Stacie M Lamprecht_____   Case number (if known) __23-14857_____
First Name    Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ __/s/ Aaron L. Nevel_____   Date __09/05/2024__
Signature

Print: __Aaron_____  __L_____  __Nevel_____   Title __Attorney for Creditor__
First Name   Middle Name   Last Name

Company __Law Offices of Ira T. Nevel, LLC_____

Address __175 N. Franklin St., Ste. 201_____
Number    Street

__Chicago_____   __IL__   __60606__
City    State    ZIP Code

Contact phone __(312) 357-1125_____   Email __AaronN@nevellaw.com__

# UNITED STATES BANKRUPTCY COURT

Case No: 23-14857

## Certificate of Service

I hereby certify that a copy of this Notice was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the court's ECF System at the e-mail address registered with the court on this Date:

Date: 09/05/2024

Chapter 13 Trustee: Marilyn O Marshall

Trustee Address: 224 South Michigan Ste 800 Chicago, IL 60604

Trustee Email:

Debtor's Counsel Name: David H Cutler

Debtor's Counsel Address: Cutler & Associates, Ltd. 4131 Main St. Skokie, IL 60076

Debtor's Counsel Email: cutlerfilings@gmail.com

Debtor 1 Name: Stacie M Lamprecht

Debtor 2 Name

Debtor's Mailing Address: 261 NICOLE DRIVE UN F SOUTH ELGIN  Illinois  60177

Debtor Email:

/s/ Aaron L. Nevel

BMO Bank N.A.
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

**ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS**

| | |
|---|---:|
| INSURANCE | 1,283.00 |
| COUNTY TAX | 7,188.78 |
| Total | $8,471.78 |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT AND CHANGE OF PAYMENT NOTICE PREPARED FOR**

ESCROW ANALYSIS DATE: 08/27/2024

Stacie M Lamprecht
815 W Weathersfield Way
Schaumburg, IL 60193-2645

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---:|
| Principal and Interest | $692.25 |
| Required Escrow Payment | 705.99 |
| Shortage/Surplus Spread | 87.18 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |
| **Total Payment** | **1,485.42** |
| **New Payment Effective Date:** | **11/01/2024** |

BMO Bank N.A. has completed an analysis of your escrow account, and has adjusted your mortgage payment to reflect changes in your real estate taxes or property insurance. The escrow items to be disbursed from your account over the next twelve months are itemized above.

**ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR**

The following estimate of activity in your escrow account from 11/2024 through 10/2025 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account balance displays the amount actually required to be on hand as specified by Federal law, State law and your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | PAYMENTS FROM ESCROW ACCOUNT | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| | | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | $1,021.74 | $2,823.84 |
| NOV | $705.99 | | | | | | $1,727.73 | $3,529.83 |
| DEC | $705.99 | | | | | | $2,433.72 | $4,235.82 |
| JAN | $705.99 | | | | | | $3,139.71 | $4,941.81 |
| FEB | $705.99 | | | | | | $3,845.70 | $5,647.80 |
| MAR | $705.99 | | | | $1,283.00 | | $3,268.69 | $5,070.79 |
| APR | $705.99 | | | | | | $3,974.68 | $5,776.78 |
| MAY | $705.99 | | $3,594.39 | | | | $1,086.28 | $2,888.38 |
| JUN | $705.99 | | | | | | $1,792.27 | $3,594.37 |
| JUL | $705.99 | | | | | | $2,498.26 | $4,300.36 |
| AUG | $705.99 | | $3,594.39 | | | | $390.14- | $1,411.96 * |
| SEP | $705.99 | | | | | | $315.85 | $2,117.95 |
| OCT | $705.99 | | | | | | $1,021.84 | $2,823.94 |
| Total | | | $7,188.78 | | $1,283.00 | | | |

*Indicates your projected low point of $390.14-. Your required reserve balance is $1,411.96. The difference between the projected low point and required reserve balance is $1,046.11. This is your shortage. Your escrow shortage has been spread over a 12 month period, which may result in an increase in your payment.

If you have questions regarding this analysis, please write our Customer Service Department at BMO Bank N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 or call toll free 1-855-290-4759, Monday through Friday, 7:30 am to 10:00 pm, CST; Saturday 9:00 am to 2:00 pm CST.

**THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.**

# ANNUAL ESCROW ACCOUNT/DISCLOSURE STATEMENT - ACCOUNT HISTORY

Name: Stacie M Lamprecht

This is a statement of actual activity in your escrow account from 12/2023 through 10/2024. Last year's projections are next to the actual activity. Your mortgage payment for the past year was $1,332.85 of which $692.25 was for principal and interest and $640.60 went into your escrow account. An asterisk(*) indicates a difference from a previous estimate either in the date or the amount. A 'Y' indicates a projected disbursement or payment.

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | PAYMENTS TO ESC. ACCT. ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | PAYMENTS FROM ESC. ACCT. ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | $3,202.91 | $3,787.14- |
| DEC | $640.60 | * | | | | $3,843.51 | $3,787.14- |
| JAN | $640.60 | $720.26 * | | | | $4,484.11 | $3,066.88- |
| FEB | $640.60 | $720.26 * | | $1,283.00 * | MISCELLANEOU | $5,124.71 | $3,629.62- |
| MAR | $640.60 | $1,440.52 * | $1,052.00 | * | MISCELLANEOU | $4,713.31 | $2,189.10- |
| APR | $640.60 | $1,440.52 * | | | | $5,353.91 | $748.58- |
| MAY | $640.60 | $1,316.38 * | $3,317.56 | $3,594.39 * | COUNTY TAX | $2,676.95 | $3,026.59- |
| JUN | $640.60 | $2,517.92 * | | | | $3,317.55 | $508.67- |
| JUL | $640.60 | $640.60 | | | | $3,958.15 | $131.93 |
| AUG | $640.60 | $3,203.00 *Y | $3,317.56 | $3,594.39 *Y | COUNTY TAX | $1,281.19 | $259.46- |
| SEP | $640.60 | $640.60 Y | | | | $1,921.79 | $381.14 |
| OCT | $640.60 | $640.60 Y | | | | $2,562.39 | $1,021.74 |
| NOV | $640.60 | * | | | | $3,202.99 | $0.00 |
| Total | $7,687.20 | $13,280.66 | $7,687.12 | $8,471.78 | | | |

**OVER THIS PERIOD, AN ADDITIONAL $0.00 WAS DEPOSITED INTO YOUR ESCROW ACCOUNT FOR INTEREST ON ESCROW.**

**Last year, we anticipated that payments from your escrow account would be made during this period equaling $7,687.12. Under Federal Law, your lowest balance should not have exceeded $1,281.19 or 1/6TH of anticipated payments from the account, unless your mortgage contract or state law specified a lower amount. Under your mortgage contract and/or state law, your lowest balance should not have exceeded $1281.19.**